IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| KARLA MORRISON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:14-cv-1020-TFM |
| | ) | |
| CHARLES J. VEALE, M.D., P.C., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

It is hereby ORDERED that this case is set for status conference on **Friday, March 31, 2017 at 10:00 a.m. (CST)** in Courtroom 4A, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

It is further ORDERED that pending the status conference, the parties shall not incur any additional attorneys' fees, costs, or expenses with the exception of reviewing this order, reviewing the Memorandum Opinion issued this same date, and any communication to the clients regarding this order and the ruling on summary judgment. If the parties need to incur additional expenses outside of those parameters, they should first contact the Court.

DONE this 23rd day of March, 2017.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE