IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

KARLA MORRISON, )
)
    Plaintiff, )
)
v. ) CASE NO. 3:14-cv-1020-TFM
) [wo]
CHARLES J. VEALE, M.D., P.C., )
)
    Defendant. )

**FINAL JUDGMENT**

In accordance with the Memorandum Opinion and Order issued this same date approving the Rule 68 Offer and Acceptance of Judgment and resolving the matter of attorney's fees and costs, it is hereby ORDERED, ADJUDGED, and DECREED that Count I (FLSA – Minimum Wage) is DISMISSED WITH PREJUDICE. JUDGMENT is entered in favor of Plaintiff' Karla Morrison as to Count I of her Complaint in the amount of $10,000.00 plus $16,040 in attorneys' fees and $833.98 in costs. The allocations of the fees and costs are discussed in the Memorandum Opinion and Order.

In accordance with the Memorandum Opinion and Order issued on March 23, 2017 (Doc. 98), it is hereby ORDERED, ADJUDGED, and DECREED that Count II (FLSA – Minimum Wage) is DISMISSED WITH PREJUDICE. JUDGMENT is entered in favor of Defendant Charles J. Veale, M.D., P.C. as to Count II of the Complaint.

All matters in this case have been adjudicated and resolved – to include attorney's fees due to the Defendant for the sanctions motion and opinion in the amount of $16,380.00.

The Clerk of Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure. This case is hereby closed.

DONE this 14th day of December, 2017.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE